Thursday, July 3, 2014

No. 14–0536/NA. U.S. v. Griffin J. Chrastina. CCA 201200464. On consideration of the motions filed by Lieutenant David C. Dziengowski for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned other counsel to represent Appellants and the new counsel has assumed the representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 14–0685/AF. U.S. v. Wilber J. McIntosh, Jr. CCA 37977. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to July 21, 2014.

Monday, July 7, 2014

No. 14–0455/AR. U.S. v. Michael Mercado–Wiscovitch. CCA 20120549. Appellant's motion to withdraw the petition for grant of review denied as moot.